# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D21-2923
LT Case No. 2020-CF-001090-A

_____

MELISA ANN STRONG,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Richard A. Howard, Judge.

Melisa Ann Strong, Quincy, pro se.

Matthew J. Metz, Public Defender, and Natalie R. Gossett,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alyssa Marie
Williams, Assistant Attorney General, Daytona Beach, for
Appellee.

October 10, 2023

PER CURIAM.

    AFFIRMED. *See Kaiser v. State*, 322 So. 3d 696 (Fla. 4th DCA
2021).

EDWARDS, C.J., JAY, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____